UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:  
MARSH, WILLIAM, SR

Case No.: 15-29640  
Chapter 7  
Judge: Andrew B. Altenburg, Jr.

## NOTICE OF PROPOSED ABANDONMENT

Thomas J. Subranni, Trustee in this case, proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

**Address of the Clerk:**

U.S. Post Office and Courthouse  
401 Market Street, Second Floor  
Camden, NJ 08101

If an objection is filed, a hearing will be held before the Honorable Andrew B. Altenburg, Jr. on January 3, 2017 at 10:00 AM at the United States Bankruptcy Court, Courtroom No. 4B (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

| Description of property | FMV | Liens on property | Amount of equity claimed as exempt |
|---|---|---|---|
| 5060 PINE AVENUE, MAYS LANDING, NJ 08830, ATLANT | $314,551.00 | $1,015,393.00 | $0.00 |

| Description of property | FMV | Liens on property | Amount of equity claimed as exempt |
|---|---|---|---|
| 123 E BENNETT AVENUE, WILDWOOD, NJ 08260, CAPE M | $235,162.00 | $411,939.00 | $0.00 |

| Description of property | FMV | Liens on property | Amount of equity claimed as exempt |
|---|---|---|---|
| 1405 BLVD, ROUTE 50, MAYS LANDING, NJ 08330, ATL | $18,000.00 | $244,035.00 | $0.00 |

Objections must be served on, and requests for additional information directed to:

Name:　　　　/s/ Thomas J. Subranni  
Address:　　　1624 Pacific Avenue, Atlantic City, NJ 08401  
Telephone No.: (609) 347-7000

rev.8/1/15

United States Bankruptcy Court
District of New Jersey

In re:                                                          Case No. 15-29640-ABA
William Marsh, Sr                                               Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin              Page 1 of 2              Date Rcvd: Dec 05, 2016
                              Form ID: pdf905          Total Noticed: 25

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 07, 2016.
db             +William Marsh, Sr,    6050 Pine Street,    Mays Landing, NJ 08330-3766
cr             +BAC BANK OF NY (CWABS 2005-AB3),    Phelan Hallinan & Schmieg, PC,    400 Fellowship Road,
                 Suite 100,   Mt. Laurel, NJ 08054-3437
cr             +Nationstar Mortgage LLC,    Stern, Lavinthal & Frankenberg,    105 Eisenhower Parkway,
                 Suite 302,   Roseland, NJ 07068-1640
cr             +SHELLPOINT MORTGAGE SERVICING as servicing agent f,    Phelan Hallinan & Schmieg, PC,
                 400 Fellowship Road,    Suite 100,   Mt. Laurel, NJ 08054-3437
cr             +Shellpoint Mortgage Servicing as servicer for The,    Phelan Hallinan & Schmieg, PC,
                 400 Fellowship Road,    Suite 100,   Mt. Laurel, NJ 08054-3437
515833241      +Certegy,   PO Box 30046,    Tampa, FL 33630-3046
515896846      +Internal Revenue Service,    PO Box 931000,    Louisville, KY 40293-1000
515976584      +Nationstar Mortgage, LLC,    Attn Jenelle C. Arnold,    4375 Jutland Drive, Suite 200,
                 P.O. Box 17933,    San Diego, CA 92177-7921
515816926      +Ocwen Loan Servicing, LLC,    Attn Robertson, Anschutz & Schneid, PL,
                 6409 Congress Avenue, Suite 100,    Boca Raton, FL 33487-2853
515802597      +Phelan Hallinan Diamond & Jones, PC,    400 Fellowship Road, Suite 100,
                 Mt. Laurel, New Jersey 08054-3437
515833243      +Stern Lavinthal & Frankenberg, LLC,    105 Eisenhower Parkway, suite 302,
                 Roseland, NJ 07068-1640
515833244       Superior Court of New Jersey,    25 Market St,    Richard Hughes Justice Complex,
                 Trenton, NJ 08611-2148
515891760      +THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW,    c/o Shellpoint Mortgage Servicing,
                 PO Box 10826,    Greenville, SC 29603-0826
515990378      +THE BANK OF NEW YORK MELLON Trustee (See 410),    c/o Specialized Loan Servicing LLC,
                 8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
515833245      +Trident Asset Management, LLC,    50 Perimeter Center East,    suite 440,
                 Atlanta, GA 30346-1905
515994867      +U.S. Bank, National Association,    Nationstar Mortgage LLC,    PO Box 619096,
                 Dallas, TX 75261-9096
515833246      +Verizon Wireless/Southeast,    PO Box 26055,    Minneapolis, MN 55426-0055

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Dec 05 2016 22:11:17     U.S. Attorney,    970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Dec 05 2016 22:11:16      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
515982215       E-mail/PDF: resurgentbknotifications@resurgent.com Dec 05 2016 22:02:29
                 Ashley Funding Services LLC,    c/o Resurgent Capital Services,    PO Box 10587,
                 Greenville, SC  29603-0587
515833240      +E-mail/Text: bankruptcy@cavps.com Dec 05 2016 22:11:23     Cavalry Portfolio Services,
                 500 Summit Lake Dr,    Valhalla, NY 10595-2322
515859961      +E-mail/Text: bankruptcy@cavps.com Dec 05 2016 22:11:23     Cavalry SPV I, LLC,
                 500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-1340
515985694       E-mail/Text: cio.bncmail@irs.gov Dec 05 2016 22:10:59     Internal Revenue Service,
                 PO Box 7346,    Philadelphia, PA 19101-7346
516399200       E-mail/PDF: resurgentbknotifications@resurgent.com Dec 05 2016 22:02:22
                 LVNV Funding, LLC its successors and assigns as,    assignee of New Century Financial,
                 Services Inc.,    Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
515833242      +Fax: 407-737-5634 Dec 05 2016 22:33:53     Ocwen Loan Servicing, LLC,
                 1661 Worthington Road, Suite 100,    West Palm Beach, FL 33409-6493
                                                                                              TOTAL: 8

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 07, 2016                                  Signature:  /s/Joseph Speetjens

```
District/off: 0312-1             User: admin                Page 2 of 2              Date Rcvd: Dec 05, 2016
                                 Form ID: pdf905            Total Noticed: 25
```

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 2, 2016 at the address(es) listed below:

```
          Denise E. Carlon    on behalf of Creditor    BAC BANK OF NY (CWABS 2005-AB3)
           dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
          Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
           summarymail@standingtrustee.com
          Jane L. McDonald    on behalf of Trustee Isabel C. Balboa ecf@standingtrustee.com
          Jeanette F. Frankenberg    on behalf of Creditor    Nationstar Mortgage LLC cmecf@sternlav.com
          Jeffrey M. Sponder    on behalf of U.S. Trustee    United States Trustee
           jeffrey.m.sponder@usdoj.gov,   jeffrey.m.sponder@usdoj.gov
          Jerome B. Blank    on behalf of Creditor    Shellpoint Mortgage Servicing as servicer for The Bank
           of New York Mellon FKA The Bank of New York, as Trustee for the Certificateholders CWABS, Inc.,
           asset-backed certificates, series 2005-AB3 nj.bkecf@fedphe.com
          Joel Lee Schwartz    on behalf of Debtor William  Marsh, Sr esqinac@aol.com,    stacygreen7@aol.com
          John D. Krohn    on behalf of Creditor    BAC BANK OF NY (CWABS 2005-AB3) nj.bkecf@fedphe.com
          John Philip Schneider    on behalf of Creditor    SHELLPOINT MORTGAGE SERVICING as servicing agent
           for THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS
           CWABS, INC., ASSET-BACKED CERTIFICATES, SERIES 2005-AB3 nj.bkecf@fedphe.com
          John Philip Schneider    on behalf of Creditor    Shellpoint Mortgage Servicing as servicer for The
           Bank of New York Mellon FKA The Bank of New York, as Trustee for the Certificateholders CWABS,
           Inc., asset-backed certificates, series 2005-AB3 nj.bkecf@fedphe.com
          Michael Frederick Dingerdissen    on behalf of Creditor    BAC BANK OF NY (CWABS 2005-AB3)
           nj.bkecf@fedphe.com
          Thomas J Subranni    trustee@subranni.com,
           szauber@subranni.com;desk@subranni.com;NJ84@ecfcbis.com;cwild@subranni.com;Subranni@remote7soluti
           ons.com;hinnaurato@subranni.com
          United States Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 13
```